AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.
★ MAR 15 2024 ★
LONG ISLAND OFFICE

Joseph Ben Hacklou Azagrar
_____
Plaintiff(s)

v.

DVM Consultants.
_____
Defendant(s)

Civil Action No.

**CV 24     767**

TISCIONE, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DVM Consultants.
617 Marilyn Dr, Mandeville, LA 70448

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Ben Hacklou Azagrar
19 Dosoris Way
Glen Cove, NY 11542

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 3/15/2024